# CERTIFICATE OF SERVICE

    I, Gini L. Downing  (name), certify that service of this summons and a copy of the complaint was made February 4, 2022  (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Simple Diagnostics, Inc.
P.O. Box 128
Williston Park, NY 11596-0128

Simple Diagnostics, Inc.
Attn: Muhammad Arif, President
11555 Heron Bay Blvd., Suite 200
Coral Springs, FL 33076

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Simple Diagnostics, Inc.
Attn: Muhammad Arif, President
5865 NW 125 Avenue
Coral Spring, FL 33076

Simple Diagnostics, Inc.
Attn: Muhammad Arif, President
11555 Heron Bay Blvd., Suite 200
Coral Springs, FL 33076

Larry Sneir, R/A for
Simple Diagnostics, Inc.
11555 Heron Bay Blvd., Ste. 200
Coral Spring, FL 33076

    I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

| | | |
|---|---|---|
| Date | February 4, 2022 | Signature  */s/ Gini L. Downing* |
| | Print Name: | Gini L. Downing |
| | | Pachulski Stang Ziehl & Jones LLP |
| | | 10100 Santa Monica Blvd. |
| | | 13th Floor |
| | Business Address: | Los Angeles, CA 90067 |

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Simple Diagnostics, Inc.
    Attn: Muhammad Arif, President
    11555 Heron Bay Blvd., Suite 200
    Coral Springs, FL 33076

9590 9402 3367 7227 2904 06

2. Article Number (Transfer from service label)

    7017 2400 0000 3936 6725

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Smoegan_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Lance Coan
C. Date of Delivery: 2/7/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Larry Sneir, R/A for
    Simple Diagnostics, Inc.
    11555 Heron Bay Blvd., Ste. 200
    Coral Spring, FL 33076

9590 9402 3367 7227 2904 13

2. Article Number (Transfer from service label)

    7017 2400 0000 3936 6732

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Sory Qn_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Lance Coan
C. Date of Delivery: 2/7/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt