Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>            Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>            Plaintiff,<br>   v.<br><br>SIMPLE DIAGNOSTICS, INC.,<br><br>            Defendant. | Adv. Proc. No. 22-02050 (PRW) |

**AMENDED NOTICE OF HEARING REGARDING MOTION FOR ENTRY OF A**
**DEFAULT JUDGMENT AGAINST DEFENDANT SIMPLE DIAGNOSTICS, INC.**

      **PLEASE TAKE NOTICE** that the RDC Liquidating Trust, through its trustee Advisory

Trust Group, LLC ("Plaintiff" or the "RDC Liquidating Trust"), the successor in interest to

Rochester Drug Co-Operative, Inc. (the "Debtor" or "RDC"), by and through its undersigned

counsel, filed the *Motion For Entry of a Default Judgment Against Defendant Simple*

*Diagnostics, Inc.* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion shall be held on **February 2, 2023 at 9:00 a.m. (prevailing Eastern Time)** before the Honorable Paul R. Warren, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Western District of New York, United States Courthouse, 100 State Street, Rochester, New York 14614.

**UNDER THE ADMINISTRATIVE ORDER DATED DECEMBER 21, 2020, REVISING THE NEGATIVE NOTICE PROCEDURES FOR MOTIONS BEFORE JUDGE WARREN:**

**IF A PARTY REPRESENTED BY COUNSEL INTENDS TO OPPOSE THIS MOTION, WRITTEN OPPOSITION TO THE MOTION MUST BE SERVED AND FILED ELECTRONICALLY IN CM/ECF *NOT LESS THAN 72 HOURS PRIOR TO THE SCHEDULED DATE AND TIME OF THE HEARING ON THE MOTION* (NOTWITHSTANDING RULE 9006(a) FRBP).**

**IN CASES UNDER CHAPTERS 7, 12 AND 13, YOU MUST SERVE THE OPPOSING PAPERS ON: THE MOVANT AND MOVANT'S COUNSEL, THE DEBTOR AND DEBTOR'S COUNSEL (IF NOT THE MOVANT), AND THE TRUSTEE. IN CASES UNDER CHAPTER 11, THE OPPOSING PAPERS MUST ALSO BE SERVED ON THE CREDITORS' COMMITTEE AND ITS ATTORNEY, OR IF THERE IS NO COMMITTEE, THE 20 LARGEST UNSECURED CREDITORS, AND THE UNITED STATES TRUSTEE.**

**IN THE EVENT THAT WRITTEN OPPOSITION IS NOT TIMELY SERVED AND FILED, NO HEARING WILL BE HELD ON THE MOTION; THE COURT WILL CONSIDER THE MOTION TO BE UNOPPOSED.**

Date:  January 5, 2023

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Ilan D. Scharf
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Email:    bsandler@pszjlaw.com
          ischarf@pszjlaw.com
          jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*